IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02193-BNB

LA'RONCE (LARRY) D. SIMS-DUPONT,

    Plaintiff,

v.

ARISTEDE ZAVARAS OR DESIGNEE,
GOV. BILL RITTER OR DESIGNEE,
STEVEN HARTLEY OR DESIGNEE,
CAPT. S. JOHNSON OR HIS DESIGNEE,
SGT. HUFF OR HER DESIGNEE,
SGT. HACHEY OR HIS DESIGNEE,
MAJ. RANDY LIND #2258 OR HIS DESIGNEE,
KNOWN-UNKNOWN JOHN-JANE DOES, and
PEOPLE OF THE STATE OF COLORADO,

    Defendants.

## ORDER OF DISMISSAL

In an order filed on December 14, 2007, the Court denied Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action because he is subject to the filing restrictions in § 1915(g). The Court also ordered Plaintiff to pay the entire $350.00 filing fee within thirty days if he wished to pursue his claims in this action. Plaintiff was warned that the complaint and the action would be dismissed if he failed to pay the filing fee within thirty days.

On January 14, 2008, Plaintiff filed a letter to the Court that addresses, in part, the Court's order denying him leave to proceed *in forma pauperis* in this action. One of the issues Plaintiff raises in his January 14 letter is that he has been released from

custody and no longer is a prisoner. He contends that, because he no longer is a prisoner, he is not subject to the filing restrictions in § 1915(g). However, the fact that Plaintiff no longer is a prisoner does not change the fact that he brought this action while he was a prisoner. Therefore, he was subject to the filing restrictions in § 1915(g) when he filed this action and he is required to pay the filing fee as directed if he wishes to pursue his claims in this action.

Plaintiff has not paid the filing fee as directed within the time allowed. Therefore, the complaint and the action will be dismissed for failure to pay the filing fee. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice because Plaintiff failed to pay the filing fee as directed.

DATED at Denver, Colorado, this 25 day of January, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02193-BNB

La'Ronce (Larry) D. Sims Dupont
Prisoner No. 49971
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 1/25/08

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk